IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT FORTIER**                                                                                         **PLAINTIFF**

V.                                        CASE NO. 5:14-CV-5354

**RAY HOBBS, Director,**
**Arkansas Department of Corrections**                                                    **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 4) filed in this case on November 17, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. The Clerk of the Court is hereby directed to transfer this matter to the Eastern District of Arkansas.

IT IS SO ORDERED on this 19th day of December, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE