# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT FORTIER                                                                           PETITIONER
ADC #151481

V.                          NO. 5:14cv00451-JM-JTR

WENDY KELLEY, Director,                                                                  RESPONDENT
Arkansas Department of Correction

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections filed by Respondent. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted through Section II.A as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus, *Doc. 1*, is DENIED, and this case is DISMISSED without prejudice. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 16th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE