# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT FORTIER                                                                                     PETITIONER
ADC #151481

V.                         NO. 5:14cv00451-JM-JTR

WENDY KELLEY, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED, WITHOUT PREJUDICE.

DATED this 16th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE